UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YUMISLEY ALBERTO MARTINEZ (A# 072-838-473),

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION CENTER,

Respondent.

No.  1:26-cv-06307 DAD SCR

**MINUTE ORDER**

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter has been referred to the undersigned by operation of Local Rule 302(c)(17) and 28 U.S.C. § 636.  Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis (ECF No. 2) is granted.  See 28 U.S.C. § 1915(a).

Respondent is directed to show cause why the writ should not be granted by filing an answer/return within seven (7) days from the date of this order.  See 28 U.S.C. § 2243.  Respondent shall include with the answer/return a Notice of Revocation of Release any and all other documents relevant to the determination of the issues presented in the application.  Absent a further order of the court, the petition will be taken under submission after the filing of the answer/return.

In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer Petitioner to another detention center outside of this judicial district, pending further order of the court.  See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions…."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

IT IS SO ORDERED.

1